# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SAMUELS, | CASE NO. 1:12-cv-00766-SKO PC |
| Plaintiff, | ORDER DENYING MOTION FOR EXTENSION OF TIME AND FOR ISSUANCE OF CONSENT/DECLINE FORM AS MOOT |
| v. | |
| D. BALKIND, et al., | (Doc. 5) |
| Defendants. | |

Plaintiff Omar Samuels is a state prisoner proceeding pro se in this civil rights action filed on May 10, 2012. On June 19, 2012, Plaintiff filed a motion seeking an extension of time to file an application to proceed in forma pauperis and for the issuance of another consent/decline form.

On May 30, 2012, Plaintiff filed a form consenting to Magistrate Judge jurisdiction and on June 7, 2012, the Court received the $350.00 filing fee in full.[1] Accordingly, Plaintiff's motion for an extension of time to file an in forma pauperis application and for the issuance of another consent/decline form is HEREBY DENIED as moot.

IT IS SO ORDERED.

**Dated:   June 25, 2012**              /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] It appears Plaintiff may now wish to decline to Magistrate Judge jurisdiction. However, a party may not withdraw consent based on a change of mind. Dixon v. Ylst, 990 F.2d 478, 480 (9th Cir. 1993).

1